**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION**

| | | |
|---|---|---|
| Yamirka ACOSTA DE PINA, *et al.,* | § § § | |
| *Plaintiffs,* | § § § § § | |
| | § | Case No.: 4:26-cv-03148-RFR-RCC |
| | § § | |
| v. | § § | **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| | § § § § § § | |
| U.S. Citizenship and Immigration Services, *et al.,* | § § § | |
| *Defendants.* | | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Plaintiffs, by and through the undersigned, and pursuant to Rule 65 of the Federal Rules of Civil Procedure (F.R.C.P.), respectfully move this Court to grant immediate injunctive relief, by entering a Temporary Restraining Order (TRO),  and upon notice and a future evidentiary hearing, Plaintiffs further request this Court grant a preliminary injunction, wherein: (i) Defendants are enjoined from imposing their arbitrary, capricious, and unlawful policies, specifically, PM-602-0192, PM-602-0194, and PM- 602-0199, as to the 16 Plaintiffs in this action; and (ii) Defendants are compelled to adjudicate the Plaintiffs' pending Form I-485 and Form I-765 applications, pursuant to the Cuban Adjustment Act (CAA), Pub. L. No. 89-732, 80 Stat. 1161 (1966), within 30 days of the Court's order.

On June 12, 2026, the Defendants appealed a grant of vacatur relief in a related case, *Dorcas International Institute of Rhode Island, et al., v. USCIS, et al.*, before the District Court for the District of Rhode Island, an action in which two of the policies challenged herein, PM-602-0192 and PM-602-0194, were also at issue. *See Dorcas Int'l Inst. of R.I., et al., v. USCIS, et al.,* No. 1:26-cv-00132, (D.R.I. filed Mar. 5, 2026); *see also, Dorcas Int'l Inst. of R.I. v. United States Citizenship & Immigr. Servs.*, No. 26-1703 (1st Cir. 2026). Furthermore, on June 19, 2026, the Government filed a stay with the District Court for the District of Rhode Island pending their appeal before the First Circuit Court of Appeals. See Defendants' Motion for Stay Pending Appeal, ECF No. 46, *Dorcas Int'l Inst. Of R.I., et al., v. USCIS, et al.,* supra. Accordingly, the Plaintiffs submit that the irreparable harm suffered and explained herein is not being mitigated by the vacatur relief granted in *Dorcas v. USCIS*, and that, absent any injunctive relief granted by this Court, the Defendants' arbitrary, capricious, and otherwise unlawful policies, coupled with the unreasonable delay in their adjudication process, will continue to irreparably harm the Plaintiffs and their pending applications for lawful status in the United States.

Respectfully submitted on July 3, 2026,


*/s/ Ismael Labrador*

_____
Ismael J. Labrador, Esq.
***Attorney for Plaintiffs***
FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

*/s/ Yesenia Alfonso*

_____
Yesenia L. Alfonso, Esq.
***Attorney for Plaintiffs***
N.Y. Bar No.: 6115208
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION**

| | | |
|---|---|---|
| Yamirka ACOSTA DE PINA, *et al.,* | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | Case No.: 4:26-cv-03148-RFR-RCC |
| v. | § | |
| | § | |
| | § | **ATTORNEY VERIFICATION** |
| | § | **PURSUANT TO** |
| | § | **FED. R. CIV. P. 65(b)(1)** |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| U.S. Citizenship and Immigration | § | |
| Services, *et al.,* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**VERIFICATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER PURSUANT TO FED. R. CIV. P. 65(b)(1)**

I, Ismael J. Labrador, Esq., declare as follows:

1. I am counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein.

2. I make this Verification in support of Plaintiffs' Motion for a Temporary Restraining Order Without Notice ("TRO") pursuant to Federal Rule of Civil Procedure 65(b)(1).

3. I am advised and believe that immediate and irreparable injury, loss, or damage will result to Plaintiffs before Defendant can be heard in opposition, as the Plaintiffs: (i) have a credible fear of arrest and removal from the United States by ICE; and (ii) face the loss of work authorization,

forced family separation, and other severe consequences that cannot be adequately compensated or remedied by any other form of relief.

4.   The facts set forth in the Motion and accompanying Memorandum of Law, supporting declarations, and exhibits are true and correct to the best of my knowledge, information, and belief, and are incorporated herein by reference.

5.   Plaintiffs have not previously applied for a temporary restraining order or preliminary injunction in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2nd day of July 2026.

*/s/ Ismael J. Labrador*

_____
Ismael J. Labrador, Esq.

***Attorney for Plaintiffs***
FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**
**LINCOLN DIVISION**

| | | |
|---|---|---|
| Yamirka ACOSTA DE PINA, *et al.,* | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | Case No.: 4:26-cv-03148-RFR-RCC |
| | § | |
| | § | |
| | § | **ATTORNEY VERIFICATION** |
| | § | **PURSUANT TO** |
| | § | **FED. R. CIV. P. 65(b)(1)** |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| U.S. Citizenship and Immigration | § | |
| Services, *et al.,* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**VERIFICATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY**
**RESTRAINING ORDER PURSUANT TO FED. R. CIV. P. 65(b)(1)**

I, Yesenia L. Alfonso, Esq., declare as follows:

1. I am counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein.

2. I make this Verification in support of Plaintiffs' Motion for a Temporary Restraining Order Without Notice ("TRO") pursuant to Federal Rule of Civil Procedure 65(b)(1).

3. I am advised and believe that immediate and irreparable injury, loss, or damage will result to Plaintiffs before Defendant can be heard in opposition, as the Plaintiffs: (i) have a credible fear of arrest and removal from the United States by ICE; and (ii*)* face the loss of work authorization,

forced family separation, and other severe consequences that cannot be adequately compensated or remedied by any other form of relief.

4.  The facts set forth in the Motion and accompanying Memorandum of Law, supporting declarations, and exhibits are true and correct to the best of my knowledge, information, and belief, and are incorporated herein by reference.

5.  Plaintiffs have not previously applied for a temporary restraining order or preliminary injunction in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2nd day of July 2026.


*/s/ Yesenia L. Alfonso*

_____
Yesenia L. Alfonso, Esq.
*Attorney for Plaintiffs*
N.Y. Bar No.: 6115208
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** and any attached pages was served upon the following parties on this 2nd day of July, 3 2026 via <u>E-SERVICE (CM/ECF)</u>:

**USCIS – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive,
Mail Stop 2120,
Camp Springs, MD 20588-0009

**Joseph B. Edlow – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive,
Mail Stop 2120,
Camp Springs, MD 20588-0009

**U.S. Department of Homeland Security – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485

**Markwayne Mullin – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485

.

Respectfully submitted,


*/s/ Ismael J. Labrador*
_____
Ismael J. Labrador, Esq.
*Attorney for Plaintiffs*
FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

*s/ Yesenia L. Alfonso*
_____
Yesenia L. Alfonso, Esq.
*Attorney for Plaintiffs*
NY Bar No. 6115208
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305)261-7000